■ SHERIE L. LARABY et al., Respondents, v GEOFFREY R. COULTER, Appellant. [18 NYS3d 908]—Appeal from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered September 17, 2014. The order granted the motion of plaintiffs for partial summary judgment on the issues of defendant's negligence and serious injury.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Whalen and DeJoseph, JJ.